```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
In Re:                               :
                                     :
Magnesium Corporation of America, et :
al.,                                 :
                                     :
                  Debtors,           :
                                     :
-------------------------------------:
                                     :
The Renco Group, Inc. and Ira Leon   :
Rennert,                             :      16cv6822 (DLC)
                                     :
                  Appellants,        :
                                     :
        -v-                          :
                                     :
Lee E. Buchwald, Chapter 7 Trustee,  :
                                     :
                  Appellee.          :
                                     :
-------------------------------------:
                                     :
Ad Hoc Consortium of Renco Metals, Inc. :   16cv6844 (DLC)
Noteholders,                         :
                  Appellant,         :
                                     :       ORDER
        -v-                          :
                                     :
Lee E. Buchwald, Chapter 7 Trustee,  :
                                     :
                  Appellee.          :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth in the record, it is hereby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2016

ORDERED that the Ad Hoc Consortium of Renco Metals, Inc. Noteholders September 1, 2016 Emergency Motion for Stay of Sale Order Pending Appeal is denied.

Dated:   New York, New York
         September 7, 2016

_____
DENISE COTE
United States District Judge