UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MAGNESIUM CORPORATION OF AMERICA, *et al.*,<br><br>　　Debtors. | Bankr. Case No. 01-14312 (MKV)<br><br>(Jointly Administered) |
| THE AD HOC CONSORTIUM OF RENCO METALS, INC. NOTEHOLDERS,<br><br>　　Appellants,<br><br>-against-<br><br>LEE E. BUCHWALD, CHAPTER 7 TRUSTEE,<br><br>　　Appellee. | Civil Action No. 16-cv-06844 (AJN) |

## ORDER DISMISSING APPEAL

Upon the Court's consideration of the Agreement and Request to Dismiss Appeal pursuant to Federal Rule of Bankruptcy Procedure 8023 filed by the parties to the above captioned appeal, it is hereby:

ORDERED, that this appeal is dismissed, with prejudice.

Dated: __Oct 7__, 2016

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 07 2016